

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00113-CR

---

**VINCENTE A. CISNEROS, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the 286th District Court
Hockley County, Texas
Trial Court No. 18059366, Honorable Pat Phelan, Presiding

---

September 9, 2021

## PERMANENT ABATEMENT

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Vincente A. Cisneros was convicted by jury of the offense of aggravated sexual assault of a child and sentenced to life imprisonment. Appellant perfected an appeal, but a mandate has not yet been issued by the court.

The State has filed a "Joint Motion to Abate Appeal Due to Death of Appellant" indicating appellant died on August 15, 2021. The motion is signed by attorneys representing the State and appellant.

The death of appellant during the pendency of his criminal appeal deprives this court of jurisdiction. *Freeman v. State*, 11 S.W.3d 240 (Tex. Crim. App. 2000) (citing *Ryan v. State,* 891 S.W.2d 275 (Tex. Crim. App. 1994)); TEX. R. APP. P. 7.1(a)(2). The proper action is abatement of the appeal. *See* TEX. R. APP. P. 7.1(a)(2).

Accordingly, this appeal is permanently abated.


Brian Quinn
Chief Justice


Do not publish.